## 26996. FRANKLIN FINANCE CORPORATION *v.* HEAD.

GUERRY, J. 1. If, resolving all of the conflicts in favor of the plaintiff, a recovery would not be authorized, the judge may direct a verdict for the defendant.

2. The present case is in principle controlled by the decisions of the Supreme Court and of this court in *Parsons* v. *Fox,* 179 *Ga.* 605 (176 S. E. 642); *Jackson* v. *Bloodworth,* 41 *Ga. App.* 216 (152 S. E. 289); *Hinton* v. *Mack Purchasing Co.,* 41 *Ga. App.* 823 (155 S. E. 78); *Portwood* v. *Bennett Trading Co.,* 184 *Ga.* 617 (192 S. E. 217); *Hanes* v. *Henderson,* 58 *Ga. App.* 475, supra. We can add nothing to what has been said in those decisions on the subject. The trial judge was correct in directing the verdict, and the superior court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 5, 1938.

476

*Don K. Johnston,* for plaintiff.
*Victor K. Meador, J. L. R. Boyd,* for defendant.